February 15, 2008

Mr. Jeffery T. Nobles
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, Suite 2500
Houston, TX 77056-3000
Mr. Jack G. Carnegie
Jones Day
717 Texas Avenue, Suite 3300
Houston, TX 77002-2900

RE: Case Number: 03-0647
 Court of Appeals Number: 09-02-00072-CV
 Trial Court Number: B163-124A

Style: EVANSTON INSURANCE COMPANY
 v.
 ATOFINA PETROCHEMICALS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. The opinion and judgment issued
May 5, 2006 are withdrawn. The Motion to Dismiss Petition for Review as
Improvidently Granted is denied. The Joint Motion for Oral Argument on
Rehearing is dismissed as moot.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne Flores|
| | |
| |Ms. Lolita Ramos |
| |Mr. R. Kinnon Goleman|
| | |
| |Mr. George S. |
| |Christian |
| |Ms. Virginia K. |
| |Hoelscher |
| |Mr. Robert M. Roach |
| |Jr. |
| |Mr. Thomas D. Caudle |